A CERTIFIED TRUE COPY
ATTEST

By Jakela Mells on Jun 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 18, 2009

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

C 09-1271 WHA

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-322)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,548 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted

Jun 03, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 6/3/09

ATTEST:

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)  MDL No. 875

### SCHEDULE CTO-322 - TAG-ALONG ACTIONS

**DIST.  DIV.  C.A. #**      **CASE CAPTION**

CALIFORNIA CENTRAL
CAC   2   09-2275      Lois Jean Conner, et al. v. Alfa Laval, Inc., et al.

CALIFORNIA NORTHERN
CAN   3   09-1242      Douglas Coughran, et al. v. United States of America
CAN   3   09-1269      Richard Close v. General Electric Co., et al.
CAN   3   09-1271      Edward Brazzi, et al. v. United States of America
CAN   3   09-1322      Sharon Woody, et al. v. General Electric Co., et al.
CAN   3   09-1358      Bruce Arnold, et al. v. A.W. Chesterton Co., et al.
CAN   3   09-1782      Wiley Utterback v. Foster Wheeler LLC, et al.
~~CAN   4   09-1456      John Dobrocke, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~ Vacated 6/1/09
CAN   4   09-2012      Barbara Hulsen, et al. v. General Electric Co., et al.

DELAWARE
DE    1   09-235       Janice Happel, etc. v. Anchor Packing Co., et al.

FLORIDA SOUTHERN
FLS   1   09-20578     Laura Benjamin, etc v. A.W. Chesterton Co., et al.

LOUISIANA EASTERN
LAE   2   09-3347      Union Carbide Corp., et al. v. South African Marine Corp., Ltd., et al.

MASSACHUSETTS
~~MA    1   09-10365     Contrino A. Geraldine, etc. v. General Electric Co., et al.~~ Opposed 5/29/09
MA    1   09-10509     Lynn Montero, etc. v. Viad Corp., et al.

MAINE
ME    2   09-147       Eleanor Hayes, et al. v. Metropolitian Life Insurance Co., et al.

MINNESOTA
MN    0   09-829       Charles Traxler v. Soo Line Railroad Co.

**MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)**

NORTH CAROLINA EASTERN
NCE 7 09-29 Robert Owen Tallent, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA MIDDLE
| NCM 1 | 09-271 | Monroe Steele, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-273 | James Robert Shumake, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-274 | Thomas Wayne Thompson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-275 | Hoyle Jennings Ford, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-282 | Mark Grey Lawson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-284 | Carl Eugene Dry, II, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-325 | Richard Ben Barber, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-326 | Brady Gray Reavis, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-334 | Florence P. Haynes, etc. v. A.W. Chesterton Co., et al. |
| NCM 1 | 09-337 | Steve Franklin Joyce, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-341 | David Dexter Allmon, et al. v. Aqua-Chem, Inc., et al. |

NORTH CAROLINA WESTERN
| NCW 1 | 09-131 | Donald Eugene King, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-132 | Albert Wayne Lingerfelt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-133 | Buren Edward McSwain, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-135 | William Hunter Miller, et al.v Aqua-Chem, Inc., et al. |
| NCW 1 | 09-136 | Larry Bryant Reynolds, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-137 | Tony Lee Scruggs, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-139 | Steve Wayne Sexton v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-140 | Donald McKenny Smith, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-141 | Jimmy Dale Stone, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-142 | Bobby Charles Brooks, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-143 | Ronald Phifer Fink, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-144 | Daniel Lee McCraw, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-147 | Michael Phillip Rogers, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-148 | Samuel Furman Sherrill, et al. v. Aqua-Chem. Inc., et al. |
| NCW 1 | 09-149 | Glen Phillip Karasiewicz, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-150 | Darrell Bundy Wolfe, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-153 | Bennie Ray Godwin, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-154 | Timothy Leroy Heiskell, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-156 | Rhonda T. Russell, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-157 | Fay H. Beckham, et al. v. CBS Corp., et al. |
| NCW 1 | 09-167 | Carl H. Krumroy, et al. v. Hobart Brothers Co., et al. |
| NCW 1 | 09-171 | Curtis James Nolen, Sr. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-176 | Ricky Eugene Owens, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)**

NEW YORK EASTERN
| | | |
|---|---|---|
| NYE 1 | 05-2720 | William Hamilton, etc. v. A.W. Chesterton Co., et al. |

OHIO NORTHERN
| | | |
|---|---|---|
| ~~OHN 1~~ | ~~09-10002~~ | ~~William Sillanpa v. Durabla Manufacturing Co.~~ Opposed 5/27/09 |
| OHN 1 | 09-10003 | Roger Willoughby v. A-C Product Liability Trust, et al. |
| OHN 1 | 09-10004 | Anthony R. Tomassetti v. A-C Product Liability Trust, et al. |
| OHN 1 | 09-10005 | Rodolfo M. Carramanzana v. A-C Product Liability Trust, et al. |
| OHN 1 | 09-10006 | Emilio G. Miranda v. A-C Product Liability Trust, et al. |
| OHN 1 | 09-10007 | Alfonso G. Amposta v. A-C Product Liability Trust, et al. |
| OHN 1 | 09-10008 | John L. Fischer v. A-C Product Liability Trust, et al. |
| OHN 1 | 09-10009 | Elvin E. Rudasill v. A-C Product Liability Trust, et al. |
| OHN 1 | 09-10010 | Philip J. Alesi, Sr. v. A-C Product Liability Trust, et al. |
| OHN 1 | 09-10011 | Roger A. Hornecker v. A-C Product Liability Trust, et al. |
| ~~OHN 1~~ | ~~09-10015~~ | ~~Ray Fellows v. Allied Glove Corp., et al.~~ Opposed 6/2/09 |

RHODE ISLAND
| | | |
|---|---|---|
| RI 1 | 08-533 | Vickie Gasiorowski, et al. v. Buffalo Pumps, Inc., et al. |
| RI 1 | 09-194 | Duane Riemann, et al. v. Buffalo Pumps, Inc., et al. |

SOUTH CAROLINA
| | | |
|---|---|---|
| SC 0 | 09-882 | Gerald Tinsley Mode, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 | 09-970 | Leroy Stroud, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 0 | 09-1040 | Wendell Alphonzo Norwood, et al. v. Aqua-Chem, Inc., et al. |
| SC 6 | 09-881 | Michael Homer Masters, et al. v. Aqua-Chem, Inc., et al. |
| SC 6 | 09-972 | Richard Caldwell Layton, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 | 09-884 | Knox Douglas Hambright v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-883 | William Chane Land, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-968 | Edward Robert Holden, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-969 | Ronnie Eugene Nix, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-973 | James David Hunt, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-974 | Wendell Scott Haynes v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-975 | Anthony Frank Gross, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-976 | Marshall Sheriff Buchanan, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-987 | Ray Wrenn Vassey, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-989 | Marion Grover Powell, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-993 | Ricky Joe Nelms, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-995 | Ronald Douglas Mauldin, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 09-1038 | David Earl Webb, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)**

TEXAS EASTERN
  TXE  2  09-74          Joyce Bush, et al. v. Allis-Chalmers Product Liability Trust, et al.

VIRGINIA EASTERN
  VAE  2  09-9521        Edward J. Otto v. American Standard, Inc., et al.
  VAE  2  09-9522        Monroe v. American Standard, Inc., et al.
  VAE  2  09-9523        Thomas F. Siminski v. American Standard, Inc., et al.
  VAE  2  09-9524        Milton G. Snavely v. American Standard, Inc., et al.
  VAE  2  09-9525        Monroe v. American Standard, Inc., et al.
  VAE  2  09-9526        Monroe v. American Standard, Inc., et al.
  VAE  2  09-9527        Steele v. American Standard, Inc., et al.
  VAE  2  09-9528        William J. Adams v. American Standard, Inc., et al.
  VAE  2  09-9529        Thomas R. Berkshire v. Berkshire, et al.
  VAE  2  09-9530        Franklin D. Bess v. American Standard, Inc., et al.
  VAE  2  09-9531        Ivan J. Garman v. American Standard, Inc., et al.
  VAE  2  09-9532        Monroe v. American Standard, Inc., et al.
  VAE  2  09-9533        Thomas E. Hutchins v. American Standard, Inc., et al.
  VAE  2  09-9534        Francis M. Hendricks, et al. v. Certainteed Corp., et al.

WASHINGTON WESTERN
  WAW  2  09-483         William Dennis v. Todd Shipyards Corp., et al.
  WAW  3  09-5087        Pauline Leonard Thompson, etc. v. Foster Wheeler, LLC, et al.